UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Efroymson,

                         Plaintiff(s),　　　　　　**NOTICE OF COURT CONFERENCE**

       -against-

                                                       7:25-CV-01013 (CS)

Licensed Behaviorial Analysis Professional Services, PLLC,

                         Defendant(s).
------------------------------------------------------------------------X

A Scheduling Conference is scheduled for **December 15, 2025 at 3:00 p.m. (via telephone)**. The parties are required to confer and submit on the ECF system at least **three business days in advance of the conference** a proposed Civil Case Discovery Plan and Scheduling Order (see attached).

**Person(s) appearing via telephone are reminded of the general prohibition against any forms of recording and rebroadcasting of Court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.**

Toll-Free Tele-conference number: **(855) 244 – 8681** to call in and enter access code: **1809850784#**.

The parties should call in from a landline phone (if possible), announce their last name(s) before addressing the Court at any time during the call, and mute their lines (pressing *6 on phone) when not speaking.

                                                                      /s/ Walter Clark, Courtroom Deputy

Dated:  November 7, 2025
             White Plains, New York