# EXHIBIT A

**תורה לדין חזמנא**

**ב"ה**

כבד את להזמין יואל וירצברגר בבקשה אלינו פנה'

דיננו בית אל להתקשר ' מכבד מבקשים הננו לכן .תורה לדין

הטענות לשמוע וכדי פגישה לתאם כדי זו הזמנה קבלת עם

הצדדים שני של והתביעות.

ההר את הדין ויקוב

February 2, 2026

. ט״ז שבט תשפ״ו

By E-Mail

R' Shaya Efroymson

Dear R' Efroymson:

We have been contacted by Yocheved Wasserman, who has requested that we summon you to a din torah regarding a claim for unpaid wages. The Beis Din may share your response to this summons with the plaintiff. We ask that you respond to this summons by no later than Tuesday, February 3, 2026, 10am, and your written response, sent to batiedin@gmail.com, should indicate whether you are prepared to submit this matter to a din torah (arbitration) before our Beis Din. Please note that it is not necessary for you to argue your case on its merits in your response, since substantive determinations can only be made after a full hearing in the context of a din torah. The din torah is scheduled for Tuesday, February 3, 2026, for 2:30pm, at 1218 36 Street, Brooklyn, NY, 11218. Should you have any questions regarding the Beth Din process, please feel free to contact us at 718-753-1818.

Sincerely,

הרב אברהם זליג גולד אב"ד

HaRav Avrohom Zelig Gold, Av Beis Din

Boost Mobile LTE 8:36 PM 89%

Hazmana Efroymson2 (3) Done

**חזמנא לדין תורה**

**ב"ה**

פנה אלינו יואל וירצברגר בבקשה להזמין את'
כבד
לדין תורה. לכן הננו מבקשים מכבד '
להתקשר אל בית דיננו
עם קבלת הזמנה זו כדי לתאם פגישה וכדי
לשמוע הטענות
והתביעות של שני הצדדים.
ויקוב הדין את ההר

February 4, 2026

י"ז שבט תשפ"ו

By E-Mail
R' Shaya Efroymson

Dear R' Efroymson:
We have been contacted by Yocheved Wasserman, who has requested that we summon you to a din torah regarding a claim for unpaid wages. The Beis Din may share your response to this summons with the plaintiff. We ask that you respond to this summons by no later than Thursday, February 5, 2026, 10am, and your written response, sent to batiedin@gmail.com, should indicate whether you are prepared to submit this matter to a din torah (arbitration) before our Beis Din. Please note that it is not necessary for you to argue your case on its merits in your response, since substantive determinations can only be made after a full hearing in the context of a din torah. The din torah is scheduled for Thursday, February 5, 2026, for 2pm, at 1218 36 Street, Brooklyn, NY, 11218. Should you have any questions regarding the Beth Din process, please feel free to contact us at 718-753-1818.
Sincerely,
הרב אברהם זליג גולד אב"ד
HaRav Avrohom Zelig Gold, Av Beis Din

**תורה לדין חזמנא**

**ב"ה**

כבד את להזמין יואל וירצברגר בבקשה אלינו פנה'

דיננו בית אל להתקשר ' מכבד מבקשים הננו לכן .תורה לדין

הטענות לשמוע וכדי פגישה לתאם כדי זו הזמנה קבלת עם

הצדדים שני של והתביעות.

ההר את הדין ויקוב

February 10, 2026

כ"ג שבט תשפ"ו

By E-Mail

R' Shaya Efroymson

Dear R' Efroymson:

We have been contacted by Yocheved Wasserman, who has requested that we summon you to a din torah regarding a claim for unpaid wages. The Beis Din may share your response to this summons with the plaintiff. We ask that you respond to this summons by no later than Wednesday, February 11, 2026, 10am, and your written response, sent to batiedin@gmail.com, should indicate whether you are prepared to submit this matter to a din torah (arbitration) before our Beis Din. Please note that it is not necessary for you to argue your case on its merits in your response, since substantive determinations can only be made after a full hearing in the context of a din torah. The din torah is scheduled for Wednesday, February 4, 2026, for 2:30pm, at 1218 36 Street, Brooklyn, NY, 11218. Should you have any questions regarding the Beth Din process, please feel free to contact us at 718-753-1818.

Sincerely,

הרב אברהם זליג גולד אב"ד

HaRav Avrohom Zelig Gold, Av Beis Din