# EXHIBIT B

PREVIOUS-מלפנים

BADATZ MISHPITEI YISROEL
Founded by:
Harav Ch. Yisroel Belsky
ZT"L
239 Foster Avenue
Brooklyn, NY 11230-2195

Badatz Bitzedek Tishpoit

בד"ץ משפטי ישראל
ע"ש
הרה"ג חיים
ישראל הלוי בעלסקי
זצוקללה"ה
ברוקלין נוא יארק יצ"ו

**First Summons to appear in Bais Din to:**

Shaya Efroymson
efroymsons@gmail.com
by:
Bernard Weinreb, Esq.
Attorney for Plaintiff
2 Perlman Drive, Suite 310
Spring Valley, New York 10977
(845) 366-1019
boruchw@cs.com

**Requested by**:
Dr Yocheved Adelman
1317 East 8th street
Brooklyn NY 11230

sba5678@gmail.com

**In regard to claim of**:
100K and rising for legal fees, damages and defamation

**You are required to appear on**:
Monday, April 27, 2026, at 4PM

**Address**:
239 Foster Ave, Brooklyn, NY, USA

**No Din Torah will be arranged without prior confirmation!**
Please contact the Bais Din at once or at least 3 business days prior to appointment date to ensure both parties will be present.

**איסור הליכה לערכאות של גויים**

היות שהוא איסור חמור לילך לעש״ג ועי' חו״מ סי' כ״ו שכל מי שמכניס תביעותיו לעש״ג מרים יד בתורת מרע״ה ומחרף ומגדף ר״ל. ואפי' מקרי דרדקי יודעין מה שכתב רש"י תחילת פרשת משפטים שמי שהולך לערכאות מחלל את השם ומייקר שם עובדי כוכבים להשביחם (להחשיבם).
ע"כ באנו בהתראה שלא תמשיך עוד בעש"ג אלא תלך לבי"ד המקובלת בישראל ויתדיינו שם.

**Ikul**: Being that it is forbidden for an Orthodox Jew to bring his claims before a secular court as per Shulchan Oruch *Ch"M* 26, One who goes to their courts is as if he raised his hand against the Torah of Moshe Rabeinu and it is as if he cursed and angered, R"L.

Even children that learn Chumash with Rashi know the Rashi in the beginning of Parshas Mishpatim that he who goes to Arkois desecrates the name of Hashem and causes the names of the Avodah Zarah to be praiseworthy.

Therefore we send you this warning that you must cease this behavior and come before Bais Din at once

וע"ז בעה"ח יום כ"ח ניסן תשפ"ו
[signature]
אברהם יהושע העשיל הלוי קירש,
דיין הבד"צ בשם הבד"צ

**הזמנה ראשונה לדין תורה**
**לכבוד הנתבע:**
ר' ישעי' אפרימסון
ר' ברוך וויינריב

**ע"פ בקשת התובע:**
עדלמאן

**לענין התביעה:**
מאה אלף דאללער בעד הוצאות ערכאות, היזק, ומוצש"ר. ומוסיף והולך...

**ביום**: ב' לסדר אמר, י' אייר, תשפ"ו
בשעה 4 אחה"צ

**כתובת:**
239 פאסטער עווניו, ברוקלין, נוא יארק

**אי אפשר להכין הדין תורה בלי לשמוע מקודם משני הצדדים שהם יבואו!**
נא להתקשר עם הב"ד מיד, ולכל הפחות שלשה ימים של ימי חול, קודם זמן המיועד כדי לסדר הד"ת על צד היותר טוב.

The Bais Din collects a fee of $250 per side per hour at the Din Torah. Small claims have a minimal fee. All fees must be paid at the time of the meeting in Bais Din.
For more information contact the Bais Din at:
Email Address: badatzmishpiteiyisroel@gmail.com Tel: 347-789-3126 Fax: 718-298-3166 Cell: 347-263-9696

BADATZ MISHPITEI YISROEL
Founded by:
Harav Ch. Yisroel Belsky
ZT"L
239 Foster Avenue
Brooklyn, NY 11230-2195

PREVIOUS-מלפנים
Badatz Mishpitei Yisroel
Btzedek Tishpoit

בד"צ משפטי ישראל
ע"ש
הרה"ג חיים
ישראל הלוי בעלסקי
זצוקללה"ה
ברוקלין נוא יארק יצ"ו

**2nd Summons to appear in Bais Din to:**

Shaya Efroymson
efroymsons@gmail.com
by:
Bernard Weinreb, Esq.
Attorney for Plaintiff
2 Perlman Drive, Suite 310
Spring Valley, New York 10977
(845) 366-1019
boruchw@cs.com

**Requested by**:
Dr Yocheved Adelman
1317 East 8th street
Brooklyn NY 11230

sba5678@gmail.com

**In regard to claim of:**
100K and rising for legal fees, damages and defamation

**You are required to appear on**:
Monday, May 11, 2026, at 4PM

**Address**:
239 Foster Ave, Brooklyn, NY, USA

**No Din Torah will be arranged without prior confirmation!**
Please contact the Bais Din at once or at least 3 business days prior to appointment date to ensure both parties will be present.

**איסור הליכה לערכאות של גויים**

היות שהוא איסור חמור לילך לעש״ג ועי׳ חו״מ סי׳ כ״ו שכל מי שמכניס תביעותיו לעש״ג מרים יד בתורת מרע״ה ומחרף ומגדף ר״ל. ואפי׳ מקרי דרדקי יודעין מה שכתב רש"י תחילת פרשת משפטים שמי שהולך לערכאות מחלל את השם ומייקר שם עובדי כוכבים להשביחם (להחשיבם).
ע"כ באנו בהתראה שלא תמשיך עוד בעש"ג אלא תלך לבי"ד המקובלת בישראל ויתדיינו שם.

**Ikul**: Being that it is forbidden for an Orthodox Jew to bring his claims before a secular court as per Shulchan Oruch *Ch"M* 26, One who goes to their courts is as if he raised his hand against the Torah of Moshe Rabeinu and it is as if he cursed and angered, R"L.

Even children that learn Chumash with Rashi know the Rashi in the beginning of Parshas Mishpatim that he who goes to Arkois desecrates the name of Hashem and causes the names of the Avodah Zarah to be praiseworthy.

Therefore we send you this warning that you must cease this behavior and come before Bais Din at once

וע"ז בעה"ח יום י"ז אייר תשפ"ו
[signature]
אברהם יהושע העשיל הלוי קירש,
דיין הבד"צ בשם הבד"צ

**התראת סירוב**
**אם לא תפסיק בעש״ג יצא סירוב נגדך**

**הזמנה ב׳ לדין תורה**
**לכבוד הנתבע:**
ר׳ ישעי׳ אפרימסון
ר׳ ברוך וויינריב

**ע"פ בקשת התובע:**
עדלמאן

**לענין התביעה:**
מאה אלף דאללער בעד הוצאות ערכאות, היזק, ומוצש"ר. ומוסיף והולך...

**ביום:** ב׳ לסדר במדבר, כ"ד אייר, תשפ"ו בשעה 4 אחה"צ

**כתובת:**
239 פאסטער עוועניו, ברוקלין, נוא יארק

**אי אפשר להכין הדין תורה בלי לשמוע מקודם משני הצדדים שהם יבואו!**
נא להתקשר עם הבי"ד מיד, ולכל הפחות שלשה ימים של ימי חול, קודם זמן המיועד כדי לסדר הד"ת על צד היותר טוב.

BADATZ MISHPITEI YISROEL
Founded by:
Harav Ch. Yisroel Belsky
ZT"L
239 Foster Avenue
Brooklyn, NY 11230-2195

PREVIOUS-מלפנים
Badatz Mishpitei Yisroel
Bitzedek Tishpoit
The Bais Din of Harav Ch. Yisroel Belsky ZT"L

בד"צ משפטי ישראל
ע"ש
הרה"ג חיים
ישראל הלוי בעלסקי
זצוקללה"ה
ברוקלין נוא יארק יצ"ו

**3rd Summons to appear in Bais Din to:**

Shaya Efroymson
efroymsons@gmail.com
by:
Bernard Weinreb, Esq.
Attorney for Plaintiff
2 Perlman Drive, Suite 310
Spring Valley, New York 10977
(845) 366-1019
boruchw@cs.com

**התראת סירוב**
**אם לא תפסיק בעש"ג יצא סירוב נגדך**

**הזמנה ג' לדין תורה**
**לכבוד הנתבע:**
ר' ישעי' אפרימסון
ר' ברוך ווינריב

**Requested by:**
Dr Yocheved Adelman
1317 East 8th street
Brooklyn NY 11230

sba5678@gmail.com

**ע"פ בקשת התובע:**
עדלמאן

**In regard to claim of:**
100K and rising for legal fees, damages and defamation

**לענין התביעה:**
מאה אלף דאללער בעד הוצאות ערכאות, היזק, ומוצש"ר. ומוסיף והולך...

**ביום:** ב' לסדר שבועות, ב סיון, תשפ"ו בשעה 4 אחה"צ

**כתובת:**
239 פאסטער עווענױ, ברוקלין, נוא יארק

**You are required to appear on:**
Monday, May 18, 2026, at 4PM

**Address:**
239 Foster Ave, Brooklyn, NY, USA

**No Din Torah will be arranged without prior confirmation!**
Please contact the Bais Din at once or at least 3 business days prior to appointment date to ensure both parties will be present.

**Please note:**
Rabbi Dovid Cohen's Heteraim are unacceptable and we shall issue a Siruv to acknowledge your disrepect of the Beis Din if you continue to defy the beis Din.

**אי אפשר להכין הדין תורה בלי לשמוע מקודם משני הצדדים שהם יבואו!**
נא להתקשר עם הב"ד מיד, ולכל הפחות שלשה ימים של ימי חול, קודם זמן המיועד כדי לסדר הד"ת על צד היותר טוב.

וע"ז בערה"ח יום כ"ג אייר תשפ"ו
אברהם יהושע העשיל הלוי קירש,
דיין הבד"צ בשם הבד"צ

The Bais Din collects a fee of $250 per side per hour at the Din Torah. Small claims have a minimal fee. All fees must be paid at the time of the meeting in Bais Din.
For more information contact the Bais Din at:
Email Address: badatzmishpiteiyisroel@gmail.com Tel: 347-789-3126 Fax: 718-298-3166 Cell: 347-263-9696