# EXHIBIT C

# Re: Edelman/Wasserman case

**From:** Shimshon Stewart <batiedin@gmail.com>
**To:** mosgob1@gmail.com <mosgob1@gmail.com>
**Cc:** efroymsons@gmail.com <efroymsons@gmail.com>, boruchw@cs.com <boruchw@cs.com>
**Date:** Feb 1, 2026, 8:58 PM

Rabbi Gabbiof has made it clear,that Efromyson has to go to a Din Torah.Both Efromyson and the lawyer are totally avoiding that order.Efromyson as well as the lawyer have blatantly LIED,about going to Din Torah,as both of them are clearly NOT Torah observant .Hazmanas are to be sent this week,a Cherem/Niduy/excommunication is to be placed on Efromyson.I have given a PSAK DIN,under NO Circumstances,is Yocheved to pay ANYTHING,if Goyish court ,says she has to.BH all the Piski Din,I've given in my entire Rabbinical career,have been respected.Efroymoson is going to be ostracized,totally from Klal Yisrael for his egregious lies,and refusal to go to Din Torah.I assure you,that efoymosin,won't see a penny from Wasserman,for failure to do things the Torah way.May HKBH avenge his honor,with these liars,phonies,and disgraceful sewer Yidden ,Efromyson and Bernard YEMACH SHMO.

On Sunday, February 1, 2026, Shimshon Stewart <batiedin@gmail.com> wrote:

> Rabbi Gabbiof has made it clear that this needs to be in Beis Din.I also told you that Rabbi Gabbiof if he wants to,may be on the Beis Din also.Please respond accordingly with a date ,this week for Din Torah
>
> On Sunday, February 1, 2026, <mosgob1@gmail.com> wrote:
>
>> **Raboysai.** I overheard inaccurate statements mentioned in my name, and I would like to be very clear.
>>
>> **History**... Our Bais Din has issued a Siruv and Heter Arkoos against Mrs. Adelman (Mrs. A) on May 30 2023, after 3 Hazmonos were sent to Mrs. A at the request of Mrs. R. Sherman and were ignored, [I know that Mrs A argued that she didn't receive the Hazmonos, but it is not the place and time to deal with now]. Our Bais Din also issued a Heter Arkoos to Mr. Efroymson, based on the Siruv that was issued. Also, on April 22, 2025 I sent an email to Mrs A, asking if she is willing to come to Bais Din with Mrs. Ronit Sherman, and we will remove the Siruv, but she has not replied. We then issued Mr. Efroymson a Heter Arkoos.
>>
>> **Our Bais Din's position now is**; If Mrs A is still a Mesareves [didn't settle with Mrs. Sherman at Bais Din or any other way] then Mr. Efroymson is permitted על פי הלכה to continue to litigate his case against her in the Courts. If Mrs A is not a Mesareves at this point and time, [after proper proof burdened by Mrs. A would be submitted], then there is a good שאלה if Mr. Efroymson may continue in court or not. I am not ready to answer that question, because it depends on various

factors that are not known to me now. In my opinion, it would need a session in a Bais Din, after the parties would sign Shtarei Berurin [Arbitration Agreement].

I am not willing to discuss this matter over the telephone, for various reasons. Neither am I willing to engage in a "back and forth" email discussion over this matter. In my opinion the proper forum is BAIS DIN.

Since all this happened a while ago, there may be [I believe there are not] some small detail that I forgot, and are not perfectly accurate, however, our position remains as stated above.

Rabbi Moshe Gobioff

Dayan in

Bais Din Even Hamishpot

Monsey N.Y.

# Fwd: Din Torah

**From:** Shaya Efroymson <efroymsons@gmail.com>
**To:** boruchw@cs.com <boruchw@cs.com>
**Date:** Feb 3, 2026, 1:25 PM

Shaya Efroymson

---------- Forwarded message ---------
From: **Shimshon Stewart** <batiedin@gmail.com>
Date: Tue, Feb 3, 2026, 1:20 PM
Subject: Din Torah
To: <mosgob1@gmail.com>
Cc: <efroymsons@gmail.com>

Rabbi Gabbiof,you made it very clear in the email,that this has to have a "Beis Din session" Mr.Ephrynoson said,he would go to the Din Torah,with your instructions to do so.Your email clearly has given instructions to do so.Ephrymoson,has proven to be a despicable pathological liar! I don't work for him,or Yocheved.I work for HKBH.Shulchan Aruch clearly says,Ephrymoson is to be automatically put into Cherem,for refusing to respond to Beis Din,refusing to follow a Psak Din,and also says any money,he would win in Goyish Court,(which he's not allowed to go to,and is a Chillul Hashem) would be another reason for him to be excommunicated.During my communication with ephrymoson,I have clearly found him to be severely emotionally disturbed,total am haeretz,and a despicable liar.Please be aware,that I am issuing a Psak Din,that under no circumstances is Yocheved to pay anything from any Goyish court ruling.Posters are to be posted and distributed warning the public of the behavior of this lower then rat excrement ephrymoson,who is absolutely not Torah observant at all,he's a total disgrace.