# EXHIBIT D

[redacted]

**כתב סירוב**

**ב"ה**

הנה שייע אפרוימסון זומן לבית דין בשלוש הזמנות. הנתבע לא השיב לשלוש ההזמנות וסירב להופיע בפני בית הדין, כפי שכל יהודי מחויב לעשות על פי ההלכה המפורשת בשולחן ערוך.

לפיכך, בצער אנו מודיעים כי שייע אפרוימסון מוגדר במעמד של מסרב לדין. דינו של מי שמסרב להופיע בפני בית דין ידוע ומפורש בשולחן ערוך, יורה דעה סימן רמ"ג וסימן של"ד, וחושן משפט סימן י"א.

בנוסף לכך, הוא בחר להתדיין נגד יהודי אחר בערכאות, ללא היתר ערכאות משום בית דין.

אנו מתפללים שיעשה תשובה ויופיע בפני בית הדין כפי שנדרש על פי ההלכה.

Behold, Shaya Efroymson, was summoned by the Beis Din with three summonses. The defendant did not respond to the three summonses, and he refused to appear before the beis din as every Jew is obligated to do according to the explicit laws of the Shulchan Aruch. Therefore, we announce with sorrow that Shaya Efroymson has the status of mesarev ladin. The din of one who refuses to appear before a beis din is known and explicitly stated in the Shulchan Aruch, Yoreh De'ah siman 243 and siman 334, and Choshen Mishpat siman 11. Furthermore, he has chosen to litigate against a fellow Jew in secular court without a heter ערכאות from any beit din. We pray that he does teshuva and appears before the beis din as is required by halacha.

בחמישי בשבת ארבעה ועשרים יום לחדש אדר שנת חמשת אלפים ושבע מאות ושמנים ושש לבריאת עולם

הרב אברהם גולד

HaRav Avraham Gold, Av Beis Din

In addition, Shaya Efroymson pursued a case in secular court against Yocheved Wasserman without any heter arkaos from a beis din or rav. This is strictly prohibited by halacha. The *Gemara* (*Gittin* 88b) teaches that a Jew may not submit litigation against a fellow Jew to a secular court. This violation exists even if both parties agree (*Ramban*, beginning of *Parshas Mishpatim*), and is known as the prohibition against using *Arkaos*, secular courts. Using court systems not sanctioned by the Torah creates *chillul Hashem*, a desecration of *Hashem*'s name by implying a denial of *Hashem* and His Torah (*Midrash Tanchuma*, *Mishpatim* #3). Because the Torah created a system of courts, someone who uses a non-Torah source of litigation acts as if he denies the authenticity of the Torah, *chas visholom*, and the authority of He who commanded us to set up Torah courts.

In the words of the Rambam (*Hilchos Sanhedrin* 26:7), "Whoever has his case judged by non-Jewish laws or courts, even if their laws are the same (as the Torah), is a *rasha*. It is as if he blasphemed and raised his hand against the Torah of Moshe Rabbeinu".

Shaya Efroymson, due to his actions, is a rasha and is declared to be in a state of nidui until, we hope, he does teshuva and responds to the beis din.

It is a mitzvah to contact the following people close to Shaya Efroymson so that they can encourage him to do as halacha demands and answer the hazmanos:

Shaya Efroymson's Rabbi- **Rabbi Yaakov Moshe Twerski**, 347-806-2075.

**His shul**- Beis Medresh Torei Zahav, 62 Lime Kiln Rd, Suffern, NY 10901, USA

**His father**- Norman Z Efroymson, 3825 Severn Rd, Cleveland, OH, 44118, norman.efroymson@microofficesystems.com

Phone Numbers: (216) 297-0160, (216) 297-1240, (216) 297-1241, (216) 297-1388, (216) 591-1946

**His wife**- Chani Efryomson (nee Levin, Lakewood NJ), (848) 210-0785, cefroymson@gmail.com

**His Father in Law**: Moishe Levin 732-330-7132

**Mother in law**: Mrs. Chaya Levin 732-370-1715, 225 11th St, Lakewood, NJ 08701

**Shaya's References**: Hadassah Levin, LCSW, (845) 598-4011

Yoseph Levin, (845) 304-8173

Rabbi Shmuel Gluck, Areivim Director, (914) 490-8129

# Shaya Efroymson is a Mesarev L'Din

March 16, 2026

Shaya Efroymson, age 32, of Suffern, NY, is a MESAREV LAVO LADIN, someone who is in contempt of beis din because he has ignored three hazmanos to appear before a din torah.



Shaya Efroymson was summoned with three hazmanos to appear before BEIS DIN OHEV TZEDAKAH u'MISHPAT and has ignored all hazmanos, and has not communciated with the beis din once, not even to request a zabla or to appear before an alternate beis din.

Shaya Efroymson refuses to accept the authority of any Beis Din, and at this point he is considered to be a *Mesarav Lavo Ladin*, refusing to come to a *Din Torah*, and he is sanctioned with *Shamta*. The person who is *Mesarav Lavo Ladin* is included in Shulchan Aruch in the list of twenty four situations where a person deserves to be put *B'Shamta*.

According to Shulchan Arukh Choshen Mishpat 11:1, one who fails to comply with three hazmanos is in nidui, and according to Yoreh Deah 334:43, one who ignores summons to beis din is cast out of the community.

Therefore, Shaya Efroymson, until he answers the beis din, is not to be counted for a minyan, one is not to eat or drink with him, and one may not sit within four amos of him, along with the other punishments mentioned in Yoreh Deah 334. We sincerely hope he does teshuva and appears before the beis din, so that the nidui may be lifted.

[redacted]

**Blogger.com**
http://shayaefroymson.blogspot.com

Shaya Efroymson: Mesarev L'Din

Shaya Efroymson: Mesarev L'Din. **Posts**. There's nothing here! Read more

Shaya Efroymson: Mesarev L'D... | Inbox - efroymsons@gmail.co... | shaya efroymson - Google Sea... | Shaya Efroymson: Mesarev L'D...

Ask Gemini

shayaefroymson.blogspot.com

# Shaya Efroymson: Mesarev L'Din

KOL EMES

VISIT PROFILE

Archive

Report Abuse

## Shaya Efroymson is a Mesarev L'Din

March 16, 2026



Search

ENG

Kol Emes

On Blogger since:
July 2024

Profile views: 17

Report Abuse

## My blogs

Avraham Nissan Neiman: Rasha Gamur

Chaya Neuburger: Mesarev L'Din

Shaya Efroymson: Mesarev L'Din

## About me

©2026 Blogger - Privacy Policy