# EXHIBIT E

## Fwd: Hazmana Din Torah

**From:** Shaya Efroymson <efroymsons@gmail.com>
**To:** boruchw@cs.com <boruchw@cs.com>
**Date:** Feb 3, 2026, 11:31 AM

Shaya Efroymson

---------- Forwarded message ---------
From: <yochevedwasserman@gmail.com>
Date: Tue, Feb 3, 2026 at 11:26 AM
Subject: Re: Hazmana Din Torah
To: Shimshon Stewart <batiedin@gmail.com>
Cc: <efroymsons@gmail.com>

Good morning!
I will be there ayh
Y Adelman

> On Feb 2, 2026, at 9:14 PM, Shimshon Stewart <batiedin@gmail.com> wrote:
>
>
>
>
>
> <Hazmana Efroymson .docx>